# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00144-CV

**Harry L. Sivley, Special Deputy Receiver of Comprehensive Health Services of Texas, Inc., d/b/a Wellchoice, Appellant**

**v.**

**N.S. Rangarajan, Robert B. Low, James W. Patton, Stanley R. Kirk, Mark D. Keshishian, Jeffrey Richardon, and Comprehensive Health Services, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-00-001863, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## NO. 03-08-00148-CV

**Harry L. Sivley, Special Deputy Receiver of Comprehensive Health Services of Texas, Inc., d/b/a Wellchoice, Appellant**

**v.**

**N.S. Rangarajan, Robert B. Low, James W. Patton, Stanley R. Kirk, Mark D. Keshishian, and Jeffrey Richardon, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-03-00001, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed joint motions to abate, explaining that they have reached a tentative settlement of their disputes. They ask that we abate the appeals to give them time to finalize the settlement process. We grant the motions and abate the appeals for sixty days. The

parties are ordered to file a report no later than April 6, 2009, informing this Court of the status of

the settlement proceedings.


_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton
    Chief Justice Law Not Participating

Abated

Filed:   February 12, 2009